UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA MYINT MYINT,<br><br>Plaintiff,<br><br>v.<br><br>ANTONY BLINKEN, et al.,<br><br>Defendants. | No. 2:21-cv-6803-JAK-ADS<br><br>**ORDER RE STIPULATION FOR DISMISSAL (DKT. 28)**<br><br>JS-6 |

Based on a review of the parties' Stipulation for Dismissal (the "Stipulation" (Dkt. 28)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This entire action is dismissed without prejudice. The parties shall bear their own attorneys' fees, expenses and costs in connection with this matter.

**IT IS SO ORDERED.**

DATED: March 3, 2023

John A. Kronstadt
United States District Judge

1